CLERK, U.S. D...
AUG 2 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT VICTOR WHITE, | ) NO. CV 09-3211-PSG(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| YATES, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  8/24            , 2010.

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE